UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-24424

FALCO ERMERT,

            Plaintiff,

v.

AIRWAY AIR CHARTER INC d/b/a NOBLE AIR CHARTER,

            Defendant.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff FALCO ERMERT by and through his undersigned counsel, brings this Complaint against Defendant AIRWAY AIR CHARTER INC d/b/a NOBLE AIR CHARTER for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff FALCO ERMERT ("Ermert") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §106, to copy and distribute Ermert's original copyrighted Work of authorship.

2. Falco Ermert is a german journalist and photographer, born in Siegen, Germany. He studied political science and physical education at the University of Cologn, graduating with a degree in July 2009. Now based in Cologne he continues to work for magazines, photographs personal projects, and conducts workshops related to photography.

3. Defendant AIRWAY AIR CHARTER INC d/b/a NOBLE AIR CHARTER ("Defendant" or "Airway Air Charter") specializes in private aviation. At all times relevant

herein, Airway Air Charter owned and operated the internet website located at the URL www.nobleaircharter.com (the "Website").

4. Ermert alleges that Airway Air Charter copied Ermert's copyrighted Work from the internet in order to advertise, market and promote its business activities. Airway Air Charter committed the violations alleged in connection with its business for purposes of advertising and promoting sales to the public in the course and scope of the Airway Air Charter's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Airway Air Charter is subject to personal jurisdiction in Florida.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Airway Air Charter engaged in infringement in this district, Airway Air Charter resides in this district, and Airway Air Charter is subject to personal jurisdiction in this district.

## DEFENDANT

9. Airway Air Charter Inc d/b/a Noble Air Charter is a Florida Corporation, with its principal place of business at 14950 N.W. 44th Court, Suite 16, Opa Locka, FL, 33054, and can be served by serving its Registered Agent, Registered Agents Inc. at 7901 4th Street North, 300, St. Petersburg, FL 33702.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2015, Ermert created the photograph entitled "Mexiko_Belize755," which is shown below and referred to herein as the "Work."



11. Ermert registered the Work with the Register of Copyrights on December 5, 2016 as part of a group registration. The Group Registration was assigned registration number VA 2-024-778. The Certificate of Registration is attached hereto as **Exhibit 1**.

12. Ermert's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets. The Work in perspective, orientation, positioning, lighting, and other details is entirely original and creative. As such, the Work qualifies as subject matter protectable under the Copyright Act.

13. At all relevant times Ermert was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY AIRWAY AIR CHARTER

14. Airway Air Charter has never been licensed to use the Work for any purpose.

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, Airway Air Charter copied the Work.

16. On or about September 26, 2022, Ermert discovered the unauthorized use of his Work on the Website.

17. Airway Air Charter copied Ermert's copyrighted Work without Ermert's permission.

18. After Airway Air Charter copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its private aviation business.

19. Airway Air Charter copied and distributed Ermert's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

20. Airway Air Charter committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

21. Ermert never gave Airway Air Charter permission or authority to copy, distribute or display the Work for any purpose.

22. Ermert notified Airway Air Charter of the allegations set forth herein on May 7, 2025 and June 20, 2025. Airway Air Charter removed the Work from the Website after being notified of the infringement, but otherwise refused to engage with Ermert's counsel on a resolution prior to the filing of this Complaint. As such, the parties have failed to resolve this matter.

## COUNT I
## COPYRIGHT INFRINGEMENT

23. Ermert incorporates the allegations of paragraphs 1 through 22 of this Complaint as if fully set forth herein.

24. Ermert owns a valid copyright in the Work.

25. Ermert registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

26. Airway Air Charter copied, displayed, and distributed the Work and made derivatives of the Work without Ermert's authorization in violation of 17 U.S.C. § 501.

27. Airway Air Charter performed the acts alleged in the course and scope of its business activities.

28. Defendant's acts were willful.

29. Ermert has been damaged.

30. The harm caused to Ermert has been irreparable.

WHEREFORE, the Plaintiff FALCO ERMERT prays for judgment against the Defendant AIRWAY AIR CHARTER INC d/b/a NOBLE AIR CHARTER that:

 a. Airway Air Charter and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

 b. Airway Air Charter be required to pay Ermert his actual damages and Defendant's profits attributable to the infringement, or, at Ermert's election, statutory damages, as provided in 17 U.S.C. § 504;

   c. Ermert be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

   d. Ermert be awarded pre- and post-judgment interest; and

   e. Ermert be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Ermert hereby demands a trial by jury of all issues so triable.

Dated: September 25, 2025    Respectfully submitted,

    */s/ George N. Colville*
    GEORGE N. COLVILLE
    Bar Number: 1060046
    george.colville@sriplaw.com
    **SRIPLAW, P. A.**
    9100 South Dadeland Boulevard
    Suite 1500
    Miami, Florida 33156
    786.297.8709 – Telephone
    561.404.4353 – Facsimile

    And

    JOEL B. ROTHMAN
    Bar Number: 98220
    joel.rothman@sriplaw.com
    **SRIPLAW, P. A.**
    21301 Powerline Road
    Suite 100
    Boca Raton, FL 33433
    561.404.4335 – Telephone
    561.404.4353 – Facsimile

    *Counsel for Plaintiff Falco Ermert*